IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ERICA LINDIMENT,                     )
                                     )
            Plaintiff,               )
                                     )
     v.                              )                1:17CV501
                                     )
BRIDGETT JONES, et al.,              )
                                     )
            Defendants.              )

## ORDER

On September 15, 2017, the Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and served on the parties in this action. (ECF Nos. 7, 8.) Plaintiff filed objections to the Magistrate Judge's Recommendation. (ECF No. 9.) The Court has appropriately reviewed the Magistrate Judge's Recommendation and has made a *de novo* determination in accord with the Magistrate Judge's Recommendation. The Court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that this action is dismissed with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) for being frivolous. A Judgment dismissing this action will be entered contemporaneously with this Order.

This, the 3rd day of October, 2017.


                              ____/s/ Loretta C. Biggs____
                              United States District Judge